WILLIS HADDOCK, for the use and benefit of ESTHER WIGGINS, v. FLORIDA MOTOR LINES CORPORATION, a corporation.

9 So. (2nd) 350                                            En Banc

July 17, 1942

Evan T. Evans, for plaintiff in error.

Milam, McIlvaine & Milam, for defendant in error.

PER CURIAM:

Upon consideration of the petition of defendant in error for a rehearing in this cause, it is ordered that

said petition be and the same is hereby denied without prejudice to the lower court to allow suitable amendment to the pleadings.

BROWN, C. J., WHITFIELD, TERRELL, BUFORD, CHAPMAN and ADAMS, JJ., concur.

THOMAS, J., dissents.